**Opinion issued January 28, 2020**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

## NO. 01-19-00662-CV

_____

## IN RE H.D.I. SEGUROS, S.A. DE C.V., Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, H.D.I Seguros, S.A. de C.V., filed a petition for writ of mandamus,

asking this Court to vacate the trial court's July 31, 2019 order denying Seguros's

motion to dismiss based on a forum-selection clause.[1]

---

[1]     The underlying case is *Zachary Mester v. H.D.I. Seguros, S.A. DE C.V*, cause number 2019-23789, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.

Seguros has not established that it is entitled to mandamus relief. *See In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding) (holding that, to establish entitlement to mandamus relief, relator must show trial court clearly abused its discretion and relator has no adequate remedy by appeal). Accordingly, the petition is denied. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.